# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>PATELCO CREDIT UNION,<br><br>  Defendant. | Case No. 3:24-cv-03464-LJC<br><br>[**PROPOSED**] STIPULATED ORDER TO ARBITRATE AND STAY ACTION PENDING ARBITRATION AS MODIFIED<br><br>Complaint Filed:  June 10, 2024 |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

The above-entitled action and all issues arising in connection therewith shall be submitted to final and binding arbitration before the American Arbitration Association, as agreed upon by Plaintiff MICHAEL WILLIAMS ("Plaintiff") and Defendant PATELCO CREDIT UNION ("Defendant") (collectively, the "Parties") and in accordance with the Parties' Joint Stipulation to Arbitrate and Stay Action Pending Arbitration.

/ / /

/ / /

/ / /

/ / /

1  Any further proceedings in this Action are stayed pending completion of
2  arbitration pursuant to 9 U.S.C. § 3. The parties shall file a mutual status report on
3  the matter in six months' time from the date of this order, or twenty days after
4  completion of arbitration, whichever is sooner.
5     IT IS SO ORDERED:
6  Dated: September 13, 2024

_____
THE HONORABLE MAGISTRATE
JUDGE LISA J. CISNEROS