| | |
|---|---|
| 1 | BUCHALTER |
| 2 | A Professional Corporation<br>Barry A. Smith (SBN 48697) |
| 3 | Robert S. McWorther (SBN 226186)<br>1000 Wilshire Boulevard, Suite 1500 |
| 4 | Los Angeles, CA  90017-1730<br>Telephone: 213.891.0700 |
| 5 | Fax: 213.896.0400 |
| 6 | Attorneys for Defendant<br>PATELLCO CREDIT UNION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PATELLCO CREDIT UNION,<br><br>　　　　Defendant. | Case No. 3:24-cv-03464-LJC<br><br>**STIPULATION TO LIFT STAY AND RE-ACTIVATE CASE** |

WHEREAS, on June 10, 2024, plaintiff MICHAEL WILLIAMS filed his Complaint in this court for damages for violations of the Electronic Funds Transfer Act, 15 U.S.C. § 1693, *et seq*.

WHEREAS, on September 13, 2024 this Court, pursuant to the parties' stipulation, stayed this action so that the parties could arbitrate their dispute before the American Arbitration Association;

WHEREAS, the parties have now agreed that plaintiffs shall dismiss their AAA arbitration demand without prejudice and that the stay of this action may and shall be lifted to that the parties can and will litigate their dispute before this Court;

THEREFORE, IT IS HEREBY STIPULATED, by the parties, by and through their undersigned counsel of record, that:

(1)  The stay of this action ordered on September 13, 2024 may and shall be lifted effective immediately;

(2)  The Court sets a new Case Management Conference for _____. A new Case Management Conference Statement shall be filed seven days prior to the Case Management Conference;

(3)  The pending arbitration before the American Arbitration Association has been cancelled as of this date.

DATED:  April 9, 2025            LOKER LAW

By:  /s/ Mikayla G. Regier
    Mikayla G. Regier
    Attorneys for Plaintiff,
    Michael Williams

DATED:  April 9, 2025            BUCHALTER
    A Professional Corporation

By:  _____
    Barry A. Smith
    Robert S. McWorther
    Attorneys for Defendant
    PATELLCO CREDIT UNION

## ORDER

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

The above-entitled action and all issues arising in connection therewith shall have the September 13, 2024 arbitration stay lifted pursuant to stipulation by the Parties and this matter be re-activated and returned to this Court's civil active list.

**IT IS SO ORDERED**:

Dated: April 15, 2025

By: _____
THE HONORABLE JUDGE
LISA J. CISNEROS