UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Williams,

Plaintiff,

v.

Patelco Credit Union,

Defendant.

Case No. 3:24-cv-03464-LJC

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Patelco Credit Union, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Barry A. Smith, Buchalter, A Professional Corporation

Name(s) of counsel withdrawing from representation and firm name:

Benjamin Lloyd Price, Bremer Whyt Brown & O'Meara LLP

Date: April 9, 2025

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: April 15, 2025

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE