AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

| | |
|---|---|
| Michael Williams<br>Plaintiff(s),<br>V.<br>Patelco Credit Union<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:24-cv-03464-LJC |

Notice is hereby given that, subject to approval by the court, __Patelco Credit Union__ substitutes
(Party (s) Name)

__Robert S. McWhorter__, State Bar Nos. __226186__ as counsel of record in place
(Name of New Attorney)

place of __Benjamin Lloyd Price__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Buchalter, A Professional Corporation
Address: 500 Capitol Mall, Suite 1900 Sacramento, CA 95814
Telephone: (916) 945-5170          Facsimile:
E-Mail (Optional): rmcworter@buchalter.com

I consent to the above substitution.                                            Patelco Credit Union
Date: April 10, 2025                                                            *Coty Hylton* (signature)
                                                                                (Signature of Party(s))

I consent to being substituted.                                                 Benjamin Lloyd Price
Date: April 10, 2025                                                            *Benjamin* (signature)
                                                                                (Signature of Former Attorney(s))

I consent to the above substitution.                                            Robert S. McWhorter
Date: April 8, 2025                                                             *Robert S. McWhorter* (signature)
                                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 15, 2025                                                            *Judge signature*
                                                                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**