UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br>    Plaintiff,<br>v.<br>PATELCO CREDIT UNION,<br>    Defendant. | Case No. 24-cv-03464-LJC<br><br>**CASE MANAGEMENT SCHEDULE AND REFERRAL TO MEDIATION PANEL** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the parties are referred to the Court's Mediation Panel and the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | May 22, 2025 |
| Deadline to join parties and amend pleadings:[1] | July 18, 2025 |
| Deadline to complete mediation: | October 15, 2025 |
| Joint case management statement: | October 30, 2025 |
| Further case management conference: | November 6, 2025 |
| Fact discovery cut-off: | November 21, 2025 |
| Opening expert reports and disclosures: | December 11, 2025 |
| Rebuttal expert reports and disclosures: | December 23, 2025 |
| Expert discovery cut-off: | January 9, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | January 20, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | February 24, 2026 |

---

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

| | | |
|---|---|---|
| 1 | Pretrial conference:[2] | June 12, 2026, 1:30 PM |
| 2 | Jury trial: | June 29, 2026 (3 days) |

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

---

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.