**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WILLIAMS, | CASE NO. 3:24-CV-03464-LJC |
| Plaintiff, | Assigned to Honorable LISA J. CISNEROS |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |
| PATELCO CREDIT UNION, | |
| Defendant. | |

BUCHALTER 110410075v1

**ORDER GRANTING JOINT**                                    **3:24-CV-03464-LJC**
**STIPULATION FOR DISMISSAL**

Having considered the Parties' Joint Stipulation for Dismissal, the Court finds good cause exists to approve the stipulation.

Good cause appearing therefore, IT IS ORDERED THAT:

1.      The Parties' Joint Stipulation for Dismissal is approved.

2.      Plaintiff Michael Williams' Complaint is dismissed _with_ prejudice.

3.      Each party will bear its own attorney's fees and costs.

4.      All scheduled dates and deadlines are VACATED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 29, 2026

_____

HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BUCHALTER 110410075v1

**ORDER GRANTING JOINT
STIPULATION FOR DISMISSAL**

**3:24-CV-03464-LJC**